KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

08 APR 23 PM 3: 26

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>ELIZABETH GARCIA; and<br>JOSE GARCIA<br><br>Respondents. | Civil No. '08 CV 738 IEG LSP<br><br>**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONSES** |

The United States of America, by and through its undersigned counsel, hereby petitions this Court for an order to enforce a certain Internal Revenue Service ("IRS") Summonses served on respondents Elizabeth Garcia and Jose Garcia:

1. Jurisdiction over this matter is conferred upon this Court pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) and 28 U.S.C. §§ 1340 and 1345.

2. Venue over this matter is proper in the Southern District of California because the Respondents reside in or may be found within the boundaries of this judicial district.

3. Stephen Silverman is a Revenue Officer employed by the IRS in its Small Business/Self-Employed Division. In that capacity, he is authorized to issue an IRS summons pursuant to the authority contained in Internal Revenue Code section 7602 (26 U.S.C.) and Treasury Regulation section 301.7602-1 (26 C.F.R.). See Declaration of Revenue Officer Stephen Silverman ("Silverman Decl.") ¶¶ 1-2.

4. In his capacity as a revenue officer, Revenue Officer Silverman is assigned to investigate the failure to file a federal income tax return by Elizabeth Garcia and Jose Garcia for the tax year ending December 31, 2005. Silverman Decl. ¶ 3.

## SUMMONS OF ELIZABETH GARCIA

5. Pursuant to the above-described investigation in paragraph four (4), on June 20, 2007, Revenue Officer Silverman issued an IRS summons (IRS Form 2039) directing Respondent Elizabeth Garcia to appear on July 11, 2007, to give testimony and to produce for examination certain books, papers, records or other data as described in said summons. Silverman Decl. ¶ 4, Ex. A.

6. On June 22, 2007, Revenue Officer Silverman served an attested copy of the summons on Respondent Elizabeth Garcia by attaching it to her door at her last and usual place of abode. Silverman Decl. ¶ 5, Ex. A.

7. On September 17, 2007, a letter was sent to Elizabeth Garcia giving her a second opportunity to comply with the summons on October 12, 2007. Silverman Decl. ¶ 5, Ex. B.

8. Respondent Elizabeth Garcia failed to appear on October 12, 2007 and failed to produce the books, records, papers, and other data sought by and as described in the summons. Silverman Decl. ¶ 7.

9. To date, Respondent Elizabeth Garcia has failed to comply with the summons. Silverman Decl. ¶ 8.

10. As evidenced by the declaration of Revenue Officer Silverman, the testimony and the books, records or other data sought by the summons may be relevant to the investigation of her

failure to file a federal income tax return for the tax year ending December 31, 2005, referred to in paragraph four (4), above. Silverman Decl. ¶ 9.

11. The testimony and documents described in the summons are not already in the possession of the IRS. Silverman Decl. ¶ 10.

12. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d) with respect to Respondent Elizabeth Garcia for the tax period for which the testimony and documents are sought. Silverman Decl. ¶ 11.

13. All administrative steps required by the Internal Revenue Code for the issuance of an IRS summons have been taken. Silverman Decl. ¶ 12.

**SUMMONS OF JOSE GARCIA**

14. Pursuant to the investigation described above in paragraph four (4), on June 20, 2007, Revenue Officer Silverman issued an IRS summons (IRS Form 2039) directing Respondent Jose Garcia to appear on July 11, 2007, to give testimony and to produce for examination certain books, papers, records or other data as described in said summons. Silverman Decl. ¶ 13, Ex. C.

15. On June 22, 2007, Revenue Officer Silverman served an attested copy of the summons on Respondent Jose Garcia by attaching it to his door at his last and usual place of abode. Silverman Decl. ¶ 14, Ex. C.

16. On September 17, 2007, a letter was sent to Jose Garcia giving him a second opportunity to comply with the summons on October 12, 2007. Silverman Decl. ¶ 15, Ex. D.

17. Respondent Jose Garcia failed to appear on October 12, 2007 and failed to produce the books, records, papers, and other data sought by and as described in the summons. Silverman Decl. ¶ 16.

18. To date, Respondent Jose Garcia has failed to comply with the summons. Silverman Decl. ¶ 17.

19. As evidenced by the declaration of Revenue Officer Silverman, the testimony and the books, records or other data sought by the summons may be relevant to the investigation of his

failure to file a return for the tax year ending December 31, 2005, referred to in paragraph four (4), above. Silverman Decl. ¶ 18.

20. The testimony and documents described in the summons are not already in the possession of the IRS. Silverman Decl. ¶ 19.

21. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d) with respect to Respondent Jose Garcia for the tax period for which the testimony and documents are sought. Silverman Decl. ¶ 20.

22. All administrative steps required by the Internal Revenue Code for the issuance of an IRS summons have been taken. Silverman Decl. ¶ 21.

23. In order to obtain enforcement of a summons, the IRS must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the United States Code. United States v. Powell, 379 U.S. 48, 57-58, (1964). The government's burden under Powell "is 'a slight one' and typically is satisfied by the introduction of a sworn declaration of the revenue agent who issued the summons that the Powell requirements have been met." Fortney v. United States, 59 F.3d 117, 120 (9th Cir.1995)(citing United States v. Dynavac, Inc., 6 F.3d 1407, 1414 (9th Cir.1993); United States v. Gilleran, 992 F.2d 232, 233 (9th Cir.1993)).

24. In support of this petition and incorporated herein by reference, the United States submits the Declaration of Revenue Officer Stephen Silverman and the summonses and service of summonses attached to it as Exhibit A through D. The United States has met the Powell requirements through these documents.

WHEREFORE, petitioner the United States of America respectfully prays as follows:

A. That this Court enter an order directing Respondent Elizabeth Garcia to show cause in writing, if any, why she should not comply with and obey the aforementioned IRS summons and every requirement thereof as enumerated in the Declaration of Revenue Officer Stephen Silverman;

B. That this Court enter an order directing Respondent Elizabeth Garcia to fully obey the aforementioned summons and each requirement thereof as enumerated in the Declaration of Revenue Officer Stephen Silverman, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Silverman, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Officer Silverman or any other proper officer or employee of the IRS;

C. That this Court enter an order directing Respondent Jose Garcia to show cause in writing, if any, why he should not comply with and obey the aforementioned IRS summons and every requirement thereof as enumerated in the Declaration of Revenue Officer Stephen Silverman;

D. That this Court enter an order directing Respondent Jose Garcia to fully obey the aforementioned summons and each requirement thereof as enumerated in the Declaration of Revenue Officer Stephen Silverman, by ordering the attendance, testimony, and production required and called for by the terms of the summons, before Revenue Officer Silverman, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Officer Silverman or any other proper officer or employee of the IRS;

E. That the United States recover its costs incurred in maintaining this action; and

F. That the Court grant such other and further relief as it deems is just and proper.

Respectfully submitted this 21st day of April, 2008.

KAREN P. HEWITT
United States Attorney

TOM STAHL
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice

Attorneys for the United States of America

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Unites States of America

**(b)** County of Residence of First Listed Plaintiff ______
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 202-514-9668
Lauren M. Castaldi, Trial Attorney, Tax Division
U.S. Department of Justice, P.O. Box 683, Washington, D.C. 20044-0683

**DEFENDANTS**

~~Toni L. Christiani~~
Elizabeth Garcia + Jose Garcia

08 APR 23 PM 3:26

County of Residence of First Listed Defendant San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

DEPUTY

Attorneys (If Known)

'08 CV 738 IEG LSP

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☑ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☑ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
26 U.S.C. §§ 7402(b) and 7604(a)

Brief description of cause:
Petition to enforce Internal Revenue Summons

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☑ No

DATE 4/21/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______