KAREN P. HEWITT
United States Attorney
TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov

FILED
08 APR 23 PM 3:29

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Petitioner,

v.

ELIZABETH GARCIA; and
JOSE GARCIA

Respondents.

Civil No. '08 CV 738 IEG LSP

**DECLARATION OF REVENUE OFFICER STEPHEN SILVERMAN**

I, STEPHEN SILVERMAN, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. I am a duly commissioned Revenue Officer employed by the Internal Revenue Service ("IRS") in the Small Business/Self-Employed Division located in San Diego, California.

2. Pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (Revision 22), Revenue Officers are authorized to issue Internal Revenue Service Administrative Summonses (Form 6638).

3. In my capacity as a Revenue Officer, I am assigned to investigate the non-filing of federal income tax returns by Elizabeth Garcia and Jose Garcia for the tax year ending December 31, 2005.

4. In furtherance of the above-described investigation and in accordance with 26 U.S.C. § 7602, on June 20, 2007, I issued an IRS Summons (Form 6638) to Elizabeth Garcia. The summons directed Ms. Garcia to appear before an officer of the IRS on July 11, 2007 at 1:00 p.m. at 880 Front Street, Room 3293, San Diego, CA 92101, to give testimony and to produce certain books, records, papers and other data as stated in the summons. A true and correct copy of the summons is attached as Exhibit A.

5. In accordance with 26 U.S.C. § 7603, on June 22, 2007, I served an attested copy of the summons on Elizabeth Garcia by attaching it to her door at her last and usual place of abode. A true and correct copy of the proof of service is included in Exhibit A.

6. Ms. Garcia failed to appear as directed by the summons. On September 17, 2007, a letter was sent to Elizabeth Garcia giving her a second opportunity to comply with the summons by appearing on October 12, 2007 at 11:30 a.m. A true and correct copy of the letter is included as Exhibit B.

7. On October 12, 2007, Ms. Garcia Failed to appear. In addition, Ms. Garcia has not provided any of the books, records, or papers requested in the summons.

8. Elizabeth Garcia's refusal to comply with the summons continues to the date of this Declaration.

9. The books, records, papers and other data sought by the summons may be relevant to the investigation of Ms. Garcia's failure to file a federal income tax return for the tax year ending December 31, 2005, as this information can assist the Internal Revenue Service in preparing a federal income tax return for the year.

10. The books, records, papers and other data sought by the summons directed to Elizabeth Garcia are not already in the possession of the Internal Revenue Service.

11. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect for Ms. Garcia with respect to the tax year set forth in paragraph three (3), above.

12. All administrative procedures required by the Internal Revenue Code for issuance of the summons have been substantially followed.

13. In furtherance of the above-described investigation and in accordance with 26 U.S.C. § 7602, on June 20, 2007, I issued an IRS Summons (Form 6638) to Jose Garcia. The summons directed Mr. Garcia to appear before an officer of the IRS on July 11, 2007 at 1:00 p.m. at 880 Front Street, Room 3293, San Diego, CA 92101, to give testimony and to produce certain books, records, papers and other data as stated in the summons. A true and correct copy of the summons is attached as Exhibit C.

14. In accordance with 26 U.S.C. § 7603, on June 22, 2007, I served an attested copy of the summons on Jose Garcia by attaching it to his door at his last and usual place of abode. A true and correct copy of the proof of service is included in Exhibit C.

15. Mr. Garcia failed to appear as directed by the summons. On September 17, 2007, a letter was sent to Jose Garcia giving him a second opportunity to comply with the summons by appearing on October 12, 2007 at 11:30 a.m. A true and correct copy of the letter is included as Exhibit D.

16. On October 12, 2007, Mr. Garcia failed to appear. In addition, Mr. Garcia has not provided any of the books, records, or papers requested in the summons.

17. Jose Garcia's refusal to comply with the summons continues to the date of this Declaration.

18. The books, records, papers and other data sought by the summons may be relevant to the investigation of Mr. Garcia's failure to file a federal income tax return for the tax year ending December 31, 2005, as this information can assist the Internal Revenue Service in preparing a federal income tax return for the year.

19. The books, records, papers and other data sought by the summons directed to Jose Garcia are not already in the possession of the Internal Revenue Service.

20. No Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect for Mr. Garcia with respect to the tax year set forth in paragraph three (3), above.

21. All administrative procedures required by the Internal Revenue Code for issuance of the summons have been substantially followed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of March, 2008.

Stephen Silverman
STEPHEN SILVERMAN
Revenue Officer
Internal Revenue Service

KAREN P. HEWITT
United States Attorney

TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division

LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>v.<br><br>ELIZABETH GARCIA; and<br>JOSE GARCIA<br><br>Respondents. | Civil No.<br><br>**EXHIBIT LIST** |


| | | Page |
|---|---|---|
| 1. | Exhibit A: IRS summons (IRS Form 2039) directed to Respondent Elizabeth Garcia | 1 |
| 2. | Exhibit B: Letter to Elizabeth Garcia dated September 17, 2007 | 3 |
| 3. | Exhibit C: IRS summons (IRS Form 2039) directed to Respondent Jose Garcia | 5 |
| 4. | Exhibit D: Letter to Jose Garcia dated September 17, 2007 | 7 |

# EXHIBIT A

# Summons

## Income Tax Return

**In the matter of** Elizabeth B Garcia 676 Aurora Drive El Centro, Ca 92243
**Internal Revenue Service** *(Identify Division)* Small Business/Self Employed
**Industry/Area** *(Identify by number or name)* Small Business/Self Employed - California Area
**Periods:** Form 1040, U.S. Individual Income Tax Return for the calendar year ending December 31, 2005

**The Commissioner of Internal Revenue**

**To:** Elizabeth B Garcia
**At:** 676 Aurora Drive El Centro, Ca 92243

You are hereby summoned and required to appear before S. Silverman, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: Form 1040, U.S. Individual Income Tax Return for the calendar year ending December 31, 2005

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2005

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

880 Front Street Room 3293, San Diego, Ca 92101 619-615-9538

**Place and time for appearance: At** 880 Front Street Room 3293, San Diego, Ca 92101

**on the** 11th **day of** July, 2007 **at** 1:00 **o'clock** P **m.**

**Issued under authority of the Internal Revenue Code this** [illegible] **day of** [illegible], [illegible]

IRS

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6638 (Rev.10-2006)
Catalog Number 61828W

[illegible signature]
Signature of issuing officer

Revenue Officer
Title

Signature of approving officer *(if applicable)*

Title

EXHIBIT A
PAGE 1 Of 8

**Original** -- to be kept by IRS

# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| [illegible] | [illegible] |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
| [illegible] | [illegible] |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| [illegible] | [illegible] |

# EXHIBIT B

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
701 B STREET, SUITE 901
SAN DIEGO, CALIFORNIA 92101
(619) 557-6014
FAX (619) 557-6581

SEP 17 2007

CC:SB:8:SD:GL-138599-07
EKSalel

Elizabeth B. Garcia
676 Aurora Drive
El Centro, CA 92243

Dear Mrs. Garcia:

The Small Business/Self-Employed Compliance Area 8 of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on June 22, 2007. Under the terms of the summons, you were required to appear before the Internal Revenue Service on July 11, 2007. You failed to appear at the July 11, 2007 meeting, and you did not provide all of the documents required in the summons.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before the Revenue Officer:

Name: S. Silverman
Date: October 12, 2007
Time: 11:30 A.M.
Address: 880 Front Street, Room 3293
San Diego, CA 92101

EXHIBIT B
PAGE 3 of 8

OAS 9/17/07

Any statements, records, or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer S. Silverman at (619) 615-9538.

Sincerely,

JAMES A. NELSON
Area Counsel
(Small Business/Self-Employed:
Area 8)

By: ______________________
ERIN K. SALEL
General Attorney (San Diego)
(Small Business/Self-Employed)

cc: S. Silverman, Revenue Officer
San Diego

EXHIBIT B
PAGE 4 of 8

# EXHIBIT C

# Summons

## Income Tax Return

**In the matter of** Jose C Garcia 676 Aurora Drive El Centro, Ca 92243
**Internal Revenue Service** *(Identify Division)* Small Business/Self Employed
**Industry/Area** *(Identify by number or name)* Small Business/Self Employed - California Area
**Periods:** Form 1040, U.S. Individual Income Tax Return for the calendar year ending December 31, 2005

**The Commissioner of Internal Revenue**

**To:** Jose C Garcia
**At:** 676 Aurora Drive El Centro, Ca 92243

You are hereby summoned and required to appear before S. Silverman, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: Form 1040, U.S. Individual Income Tax Return for the calendar year ending December 31, 2005

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 2005

We have attached a blank return to guide you in producing the necessary documents and records.

**Do not write in this space**

**Attestation**

**I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.**

S Silverman
Signature of IRS Official Serving the Summons

**Revenue Officer, 33-07950**
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

880 Front Street Room 3293, San Diego, Ca 92101 619-615-9538

**Place and time for appearance: At** 880 Front Street Room 3293, San Diego, Ca 92101

**on the** 11th **day of** July, 2007 **at** 1:00 **o'clock** P **m.**

**Issued under authority of the Internal Revenue Code this** 20th **day of** June, 2007

S Silverman
Signature of Issuing Officer

Revenue Officer
Title

Signature of Approving Officer *(if applicable)*

Title

IRS

Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 6638 (Rev.10-2006)
Catalog Number 61828W

EXHIBIT C

PAGE 5 of 8

**Part A** -- to be given to person summoned

# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| June 22, 2007 | 8.30 A.m |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
| S Silverman | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| S Silverman | Revenue Officer |

# EXHIBIT D

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
701 B STREET, SUITE 901
SAN DIEGO, CALIFORNIA 92101
(619) 557-6014
FAX (619) 557-6581

SEP 17 2007

CC:SB:8:SD:GL-138600-07
EKSalel

Jose C. Garcia
676 Aurora Drive
El Centro, CA 92243

Dear Mr. Garcia:

The Small Business/Self-Employed Compliance Area 8 of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on June 22, 2007. Under the terms of the summons, you were required to appear before the Internal Revenue Service on July 11, 2007. You failed to appear at the July 11, 2007 meeting, and you did not provide all of the documents required in the summons.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before the Revenue Officer:

Name: S. Silverman
Date: October 12, 2007
Time: 11:30 A.M.
Address: 880 Front Street, Room 3293
San Diego, CA 92101

EXHIBIT D
PAGE 7 OF 8

RW 9/17/07 OAS 9/17/07 09/17/07

Any statements, records, or other documents called for in the summons should be produced at that time. If you have any questions, please contact Revenue Officer S. Silverman at (619) 615-9538.

Sincerely,

JAMES A. NELSON
Area Counsel
(Small Business/Self-Employed:
Area 8)

By: ____________________
ERIN K. SALEL
General Attorney (San Diego)
(Small Business/Self-Employed)

cc: S. Silverman, Revenue Officer
San Diego

EXHIBIT D
PAGE 8 OF 8