IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br>v.<br>ELIZABETH GARCIA; and<br>JOSE GARCIA<br>Respondents. | Civil No. 08cv738-IEG(LSP)<br>**ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONSES** |

Upon the petition of the United States, the Declaration of Revenue Officer S. Silverman, including Exhibits A-D attached thereto, and the United States' Petition to Enforce an Internal Revenue Service Summonses, it is hereby:

ORDERED that respondents, Elizabeth and Jose Garcia ("Respondents") appear before United States District Judge Irma E. Gonzalez in Courtroom 1 of the United States District Court, Edward J. Schwartz U.S. Courthouse, 940 Front Street, San Diego, California on *June 16, 2008 at 10:30 a.m.*, to show cause why they should not be compelled to obey the Internal Revenue Service summonses served upon them.

It is further ORDERED that:

1. A copy of this Order, together with the Petition and declaration and its exhibits, shall be served in accordance with Rule 4(e) of the Federal Rules of Civil Procedure upon the Respondents within twenty-one (21) days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible. Pursuant to Federal Rule of Civil Procedure 4.1(a), the Court hereby appoints Revenue Officer Silverman and all other persons designated by him to effect service in this case.

2. Proof of any service done pursuant to paragraph one (1), above, shall be filed with the Clerk as soon as is practicable.

3. Because the file in this case reflects a prima facie showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Internal Revenue Code have been followed, see United States v. Powell, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to Respondents to oppose enforcement of the summonses, see Lidas, Inc. V. United States, 238 F.3d 1076, 1082 (9th Cir. 2001).

4. If Respondents have any defense to present or an opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States at least fourteen (14) days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least five (5) court days prior to the date set for the show cause hearing.

5. At the show cause hearing, the Court will consider all issues raised by the Respondents. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the Petition will be considered admitted.

6. Respondents may notify the Court, in a writing filed with the Clerk and served on counsel for the United States at least fourteen (14) days prior to the date set for the show cause hearing, that Respondents have no objection to enforcement of the summons.

Respondents are hereby notified that a failure to comply with this Order may subject them to sanctions for contempt of court.

**IT IS SO ORDERED**.

**DATED: April 25, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**