KAREN P. HEWITT
United States Attorney
TOM STAHL, California State Bar No. 78291
Assistant United States Attorney
Chief, Civil Division
LAUREN M. CASTALDI
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 514-9668
Facsimile: (202) 307-0054
E-mail: lauren.m.castaldi@usdoj.gov
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Petitioner,<br>v.<br>ELIZABETH GARCIA; and JOSE GARCIA<br>Respondents. | Civil No. 08-cv-738-IEG-LSP<br>**CERTIFICATE OF SERVICE** |

JAMES E. YOUNGER

I, ~~Stephen Silverman,~~ an employee of the Internal Revenue Service, hereby attest that on MAY 7th, 2008, I personally served Respondent Jose Garcia with a copy of the following documents:

(1) UNITED STATES' PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS;

(2) DECLARATION OF REVENUE OFFICER STEPHEN SILVERMAN; and

(3) the Court's ORDER TO SHOW CAUSE RE: INTERNAL REVENUE SERVICE SUMMONS.

Service was made by handing a copy to Respondent Jose Garcia at ~~676 Aurora Drive~~ 299 Jackrabbit Drive, El Centro, CA 92243.

Dated: MAY 12. 2008

~~Stephen Silverman~~ James E. Younger
Revenue Officer
Internal Revenue Service

On behalf of the United States of America