IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Petitioner,<br><br>         v.<br><br>ELIZABETH GARCIA; and<br>JOSE GARCIA<br><br>                    Respondents. | Civil No. 08-cv-738-IEG-LSP<br><br>**ORDER ENFORCING<br>IRS SUMMONSES** |

   Before the Court is the United States' petition to enforce IRS summonses served upon Respondents Elizabeth Garcia and Jose Garcia.  This matter came on for show cause hearing on June 16, 2008. Lauren Castaldi appeared on behalf of Petitioner.  Respondents Elizabeth Garcia and Jose Garcia appeared at the hearing and did not object to the enforcement of the summonses. Upon review of the petition and the Declaration of Revenue Officer Stephen Silverman, including the exhibits attached thereto, and upon the arguments of counsel, the Court makes the following findings:

1. The summonses issued by the IRS to Respondents Elizabeth Garcia and Jose Garcia on June 20, 2007 are valid and meet each of the requirements as set forth in *United States v. Powell*, 379 U.S. 48 (1964); and

2. Respondents Elizabeth Garcia and Jose Garcia did not object to the enforcement of the summonses, nor did they demonstrate any valid, non-frivolous reason that the summonses should not be enforced.

Therefore, based upon these findings and for good cause shown, it is hereby:

ORDERED that the United States' petition to enforce the IRS summonses served upon Respondents Elizabeth Garcia and Jose Garcia is GRANTED.

It is further ORDERED that Respondents Elizabeth Garcia and Jose Garcia are directed to appear before IRS Revenue Officer Stephen Silverman, or his designee, at the offices of the Internal Revenue Service located at 880 Front Street, San Diego, CA, 92101, and to produce the documents and records and give the testimony as directed in the summonses within 30 days of this order.

Respondents Elizabeth Garcia and Jose Garcia are hereby notified that failure to comply with this Order may subject them to sanctions for contempt of Court.

IT IS SO ORDERED.

**DATED: June 17, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**