IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ELIZABETH GARCIA; and<br>JOSE GARCIA<br><br>　　　　　　Respondents. | Civil No. 08-cv-738-IEG-LSP<br><br>**ORDER** |

　　Having considered the United States' Motion to Dismiss, the record contained herein, and for good cause having been shown, the Motion is GRANTED and this action is dismissed.

　　**IT IS SO ORDERED**.

**DATED:  January 5, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**